UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
RECEIVED
MAR 23 2015

ORIGINAL

FILED
MAR 23 2015
CLERK
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

15-1063

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES TELECOM ASSOCIATION, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | Case No. 15-_____ |

## PROTECTIVE PETITION FOR REVIEW

Pursuant to 5 U.S.C. § 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Federal Rule of Appellate Procedure 15(a), the United States Telecom Association ("USTelecom") hereby petitions this Court for review of the order of the Federal Communications Commission ("FCC") captioned *In re Protecting and Promoting the Open Internet*, Report and Order on Remand, Declaratory Ruling, and Order, GN Docket No. 14-28, FCC 15-24 (Mar. 12, 2015) ("Order"). USTelecom is providing an electronic copy of the Order on compact disc with this petition.

Venue is proper in this Court pursuant to 28 U.S.C. § 2343.

After this Court vacated and remanded the FCC's previous attempt at Internet regulation in *Verizon v. FCC*, 740 F.3d 623 (D.C. Cir. 2014), the FCC

initiated a rulemaking proceeding and ultimately issued the Order under review. Order ¶¶ 7, 10.

USTelecom seeks review of the Order on the grounds that it is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*; violates federal law, including, but not limited to, the Constitution, the Communications Act of 1934, as amended, and FCC regulations promulgated thereunder; conflicts with the notice-and-comment rulemaking requirements of 5 U.S.C. § 553; and is otherwise contrary to law.

USTelecom is filing this protective petition for review out of an abundance of caution. In particular, it files the petition in case the FCC's Order (or the Declaratory Ruling part of that Order) is construed to be final on the date it was issued (as opposed to after Federal Register publication, which USTelecom believes is the better view), and the ten-day period in which a party must file a petition for review to "avail itself of procedures established for selection of a court in the case of multiple appeals" – *i.e.*, the lottery procedures under 28 U.S.C. § 2112(a) – is likewise construed to begin on that date. 47 C.F.R. § 1.13(a)(1); *see also id.* § 1.13(a)(2).

Accordingly, to the extent that this protective petition for review is timely filed, USTelecom respectfully requests that this Court hold unlawful, vacate,

enjoin, and set aside the Order, and that it provide such additional relief as may be appropriate.

Dated:  March 23, 2015

Respectfully submitted,

*Michael Kellogg*

Jonathan Banks
United States Telecom Association
607 14th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 326-7272

Michael K. Kellogg
Scott H. Angstreich
Kellogg, Huber, Hansen, Todd,
   Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Kathleen M. Sullivan
Quinn, Emanuel, Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Counsel for Petitioner United States Telecom Association*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and this Court's Rule 26.1, USTelecom respectfully submits the following corporate disclosure statement. USTelecom states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 23, 2015

Respectfully submitted,

/s/ Michael K. Kellogg

Michael K. Kellogg
Scott H. Angstreich
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

*Counsel for Petitioner United States Telecom Association*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2015, I caused one copy of the foregoing Protective Petition for Review to be served on the following counsel by the manner indicated:

*By First Class Mail and Electronic Mail*

Jonathan Sallet
General Counsel
Federal Communications
　Commission
Room 8-A741
445 12th Street, S.W.
Washington, D.C. 20554
Jonathan.Sallet@fcc.gov

*By First Class Mail*

Eric H. Holder, Jr.
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael K. Kellogg