# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 15-1063**                                                   **September Term, 2014**

FCC-15-24

**Filed On: March 24, 2015** [1543850]

United States Telecom Association,

      Petitioner

     v.

Federal Communications Commission and
United States of America,

      Respondents

### O R D E R

The petition for review in this case was filed and docketed on March 23, 2015, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | April 23, 2015 |
| Docketing Statement Form | April 23, 2015 |
| Procedural motions, if any | April 23, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 23, 2015 |
| Statement of Issues to be Raised | April 23, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | May 8, 2015 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Entry of Appearance Form | April 23, 2015 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1063**　　　　　　　　　　　　　　　　　**September Term, 2014**

| | |
|---|---|
| Procedural motions, if any | April 23, 2015 |
| Certified Index to the Record | May 8, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | May 8, 2015 |

It is

　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　The Clerk is directed to transmit to respondents a certified copy of this order and a copy of the petition for review.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Ken R. Meadows
　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　Agency Docketing Statement Form
　　　Entry of Appearance Form
　　　Request to Enter Appellate Mediation Program
　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　Stipulation to be Placed in Stand-By Pool of Cases