UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
IN THE MATTER OF PROTECTING AND PROMOTING
THE OPEN INTERNET, REPORT AND ORDER ON REMAND,
DECLARATORY RULING, AND ORDER, FCC 15-24
(RELEASED MARCH 12, 2015)                                          MCP No. 128

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Federal Communications Commission issued an Order dated March 12, 2015. On March 27, 2015, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in two circuit courts of appeal as follows: Fifth Circuit Court and District of Columbia Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the District of Columbia Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the District of Columbia Circuit and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Dana Stewart*
Dana Stewart, Operations Support Specialist
Random Selector

*Quaina Brooks*
Quaina Brooks, Case Administrator
Witness

**IN RE: FEDERAL COMMUNICATIONS COMMISSION,
IN THE MATTER OF PROTECTING AND PROMOTING
THE OPEN INTERNET, REPORT AND ORDER ON REMAND,
DECLARATORY RULING, AND ORDER, FCC 15-24
(RELEASED MARCH 12, 2015)**                MCP No. 128

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| DC Circuit, No. 15-1063 | United States Telecom Association v. Federal Communications Commission, et al. |
| Fifth Circuit, No. 15-60201 | Alamo Broadband Inc. v. Federal Communications Commission, et al. |