# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1063**　　　　　　　　　　　　　　　　　　**September Term, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　FCC-15-24

　　　　　　　　　　　　　　　　　　　　**Filed On:** October 27, 2015

United States Telecom Association,

　　　　Petitioner

　　v.

Federal Communications Commission and
United States of America,

　　　　Respondents
------------------------------
Independent Telephone &
Telecommunications Alliance, et al.,
　　　　Intervenors
------------------------------
Consolidated with 15-1078, 15-1086,
15-1090, 15-1091, 15-1092, 15-1095,
15-1099, 15-1117, 15-1128, 15-1151,
15-1164

　　　　**BEFORE:**　　Tatel and Srinivasan, Circuit Judges; Williams, Senior Circuit Judge

## O R D E R

　　Upon consideration of the joint proposal concerning format for oral argument and the proposal for oral argument, it is

　　**ORDERED** that the following argument format apply in these cases, which are scheduled for oral argument before this panel in Courtroom 20 at 9:30 a.m. on Friday, December 4, 2015:

| Argument Segment | Time | Counsel |
|---|---|---|
| I. Reclassification of Broadband Internet Access Services | 30 min. | Peter Keisler for Petitioners USTelecom, et al. |
|  | 25 min. | Jonathan Sallet for Respondents |
|  | 05 min. | Kevin Russell for Respondent/ Intervenors |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1063**                                                  **September Term, 2015**

| Argument Segment | Time | Counsel |
|---|---|---|
| II. Regulation of Mobile Broadband Internet Access and Remaining Challenges by US Telecom, et al. | 20 min. | Peter Keisler for Petitioners USTelecom, et al. |
| | 15 min. | Jacob Lewis for Respondents |
| | 05 min. | Pantelis Michalopoulos for Respondent/Intervenors |
| III. First Amendment and Other Issues | 10 min. | Brett Shumate for Petitioners Alamo Broadband and Daniel Berninger |
| | 10 min. | Jacob Lewis for Respondents |
| IV. FSN Issues | 10 min. | Earl Comstock for FSN Petitioners |
| | 10 min. | Jacob Lewis for Respondents |

Argument on these issues will be conducted separately and in the order listed. Form 72 should be completed and submitted by November 20, 2015.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)