IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES TELECOM ASS'N, ET AL., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 15-1063 |
| ) | |
| FEDERAL COMMUNICATIONS COMMISSION ) | |
| AND UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Federal Communications Commission respectfully notifies the Court that it is withdrawing the appearance of Howard J. Symons, the FCC's former General Counsel, in this case. Mr. Symons has left the employ of the agency.

Respectfully submitted,

/s/ Richard K. Welch

Richard K. Welch
Deputy Associate General Counsel

Federal Communications Commission
445 12th Street S.W.
Washington, D.C. 20554
(202) 418-7225

March 23, 2017

**UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UNITED STATES TELECOM ASSOCIATION, ET AL.<br>　　　　　　　　Petitioners,<br><br>　　　v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br>AND UNITED STATES OF AMERICA,<br>　　　　　　　　Respondents. | No. 15-1063 (and consolidated cases) |

### CERTIFICATE OF SERVICE

　　I, Richard K. Welch, hereby certify that on March 23, 2017, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

　　　　　　　　　　　　　　　　　　*/s/ Richard K. Welch*